**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ALBERT WAYNE TASKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.: 07-1207 (CKK)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE ARCHITECT OF THE CAPITOL,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

**PRAECIPE**

     **THE CLERK OF THIS COURT** will please enter the appearance of Assistant United

States Attorney Michelle N. Johnson as counsel for the federal government defendant in the above-

captioned case.

                                 Respectfully submitted,

                                    /s/ Michelle N. Johnson

                                 MICHELLE N. JOHNSON, D.C. BAR # 491910
                                 Assistant United States Attorney
                                 United States Attorney's Office
                                 Civil Division
                                 555 4th Street, N.W. – Room E4212
                                 Washington, D.C. 20530
                                 (202) 514-7139 (telephone)
                                 (202) 514-8780 (facsimile)
                                 Michelle.Johnson@usdoj.gov

                                 COUNSEL FOR DEFENDANT