IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALBERT WAYNE TASKER,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 07-1207 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| **THE ARCHITECT OF THE CAPITOL,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court for a three-week enlargement of time to file its response to Plaintiff's complaint.

1.  Plaintiff filed his complaint in this Court on July 5, 2007 in which he alleges claims pursuant to the Congressional Accountability Act of 1995. Defendant's response to the complaint is due on or before September 24, 2007.

2.  The undersigned counsel has been in contact with the general counsel's office of the Architect of the Capitol, where plaintiff was employed. The general counsel's office is in the process of forwarding its administrative file to the undersigned counsel, however, due to time constraints, this file has not yet been provided.

3.  Because the undersigned counsel has not yet received the complete administrative file pertaining to Plaintiff's claims she is requesting additional time so that she may thoroughly investigate the facts in this matter prior to responding to Plaintiff's complaint. Accordingly, Defendant seeks a three week extension of time, up to and including October 15, 2007 to

respond to the complaint.

5. Pursuant to LCvR 7(m), counsel for Defendant contacted Plaintiff's counsel who indicated that he does not oppose the relief sought in this motion.

Dated: September 21, 2007

                                                  Respectfully submitted,

                                                  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                  /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

                                                  /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALBERT WAYNE TASKER,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**THE ARCHITECT OF THE CAPITOL,** )<br>)<br>)<br>Defendant. )<br>) | Civil Action No.: 07-1207 (CKK) |

**[PROPOSED] ORDER**

This matter having come before the Court on the Defendant's Consent Motion for an Enlargement of Time to Respond to the Complaint, it is hereby

ORDERED that defendant's motion is granted. And it is further

ORDERED that defendant shall file its response to the complaint on or before October 15, 2007.

SO ORDERED on this ___ day of _____, 200___.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE