IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALBERT WAYNE TASKER,**  )<br>  )<br>  Plaintiff,  )<br>  )<br> v.  )<br>  )<br> **THE ARCHITECT OF THE CAPITOL,**  )<br>  )<br>  )<br>  Defendant.  )<br>  )<br>  ) | Civil Action No.: 07-1207 (CKK) |

## DEFENDANT'S CONSENT MOTION TO CONTINUE THE DATE OF THE INITIAL STATUS CONFERENCE

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court to continue the initial status conference that has been scheduled to occur in this matter on December 4, 2007. In support of this motion, Defendant states the following:

1. Plaintiff filed his complaint in this Court on July 5, 2007 in which he alleges claims pursuant to the Congressional Accountability Act of 1995. Defendant filed an answer to the complaint on October 15, 2007.

2. On October 24, 2007, this Court issued an Order scheduling an initial status conference for December 4, 2007, at 10:45 a.m. However, counsel for Defendant has pre-existing travel plans on that date and will not be in the area on that date.

3. The parties have contacted the Court's deputy clerk and have been informed that the Court is available for an initial status conference on December 12, 2007, at 10:45 a.m. Counsel for both parties are available on that date.

4.	Accordingly, Defendant requests that the Court reschedule the initial status conference in this matter to December 12, 2007, at 10:45 a.m. and vacate the December 4th date.

5.	Pursuant to LCvR 7(m), Plaintiff's counsel has indicated his consent to the relief sought in this motion.

Dated: November 16, 2007

Respectfully submitted,

　 /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

　 /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

　 /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALBERT WAYNE TASKER,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 07-1207 (CKK) |
| ) | |
| v. ) | |
| ) | |
| **THE ARCHITECT OF THE CAPITOL,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### [PROPOSED] ORDER

This matter having come before the Court on the Defendant's Consent Motion to Continue the Initial Status Conference, it is hereby

**ORDERED** that defendant's motion is granted. And it is further

**ORDERED** that the initial status conference shall be held in this matter on December 12, 2007, at 10:45 a.m. The previously scheduled initial status conference date of December 4, 2007 is hereby vacated.

**SO ORDERED** on this ___ day of _____, 200___.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE