IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT WAYNE TASKER,         ) | |
| )                            | |
| Plaintiff,                   ) | Civil Action No.: 07-1207 (CKK) |
| )                            | |
| v.                           ) | |
| )                            | **FILED** |
| THE ARCHITECT OF THE CAPITOL,) | NOV 19 2007 |
| )                            | NANCY MAYER WHITTINGTON, CLERK |
| Defendant.                   ) | U.S. DISTRICT COURT |
| )                            | |

[PROPOSED] ORDER

This matter having come before the Court on the Defendant's Consent Motion to Continue the Initial Status Conference, it is hereby

**ORDERED** that defendant's motion is granted. And it is further

**ORDERED** that the initial status conference shall be held in this matter on December 12, 2007, at 10:45 a.m. The previously scheduled initial status conference date of December 4, 2007 is hereby vacated.

SO ORDERED on this 19th day of November, 2007.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE