IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALBERT WAYNE TASKER,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**THE ARCHITECT OF THE CAPITOL,** )<br>)<br>Defendant. )<br>)<br>) | Civil Action No.: 07-1207 (CKK) |

**JOINT RULE 16.3 REPORT**

The parties have conferred in accordance with Local Civil Rule 16.3(c) and Federal Rule of Civil Procedure 26(f). Accordingly, the parties file the following report:

Joint Statement of the Case: This is an employment discrimination case in which plaintiff contends that white high voltage electricians are assigned more overtime work than similarly situated black high voltage electricians and that he in particular has been denied the opportunity to work overtime and was subject to discipline based on his race. Plaintiff also contends that he suffered retaliation based on his prior protected activity. Defendant denies that there is any discriminatory practice regarding the assignment of overtime work to high voltage electricians or that plaintiff has been discriminated against in any manner on the basis of his race or any alleged protected activity in which he may have engaged.

Statement of Jurisdiction: Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-16 and the Congressional Accountability Act, 2 U.S.C. § 1301, et seq.

1. Dispositive Motions: Plaintiff does not expect to file a dispositive pleading. Defense counsel believes that after discovery, a dispositive motion may be appropriate.

2. <u>Joinder/Amendment/Narrowing</u>: The parties do not anticipate the necessity to join third parties or to amend the pleadings.

3. <u>Assignment To Magistrate Judge</u>: The parties do not consent to assignment of this case to a magistrate judge for any purposes, with the exception of pre-discovery mediation, at this time.

4. <u>Settlement Possibility</u>: The parties agree that some settlement discussions may be fruitful prior to discovery.

5. <u>Alternative Dispute Procedures</u>: The parties are amenable to mediation with a magistrate judge or mediator at any time.  The parties request to be assigned to court-ordered mediation, prior to the commencement of discovery, for a period of 30 days.

6.  <u>Dispositive Motions</u>: Plaintiff does not believe that this case can be resolved by dispositive motion.  Defendant's position is that after discovery, a dispositive motion may be filed.  Defendant suggests that any post-discovery dispositive motion should be filed within 30 days after the close of discovery.  The parties agree to abide by the local rules regarding the timing of any opposition(s) and/or replies.

7. <u>Initial Disclosures</u>: The parties agree that initial disclosures should be exchanged within 30 days of the Court's issuance of a scheduling order, or the end of pre-discovery mediation, whichever is later.

8.  <u>Discovery</u>: The parties believe that 120 days is sufficient for discovery.  The parties agree to abide by the Federal Rules of Civil Procedure and the local rules of this Court regarding the limits of discovery.  The parties agree each side shall be limited to 25 interrogatories and 10 depositions.  The parties agree that a protective order may be in order at some point in this litigation in order to protect documents covered by the Privacy Act, 5 U.S.C. §552a; confidential medical records; and any other confidential documents and information.

9. <u>Experts</u>: The parties do not anticipate the need for expert testimony, although their positions may change during the course of discovery in this case.

10. <u>Class Action Procedures</u>:  Not applicable.

11. <u>Bifurcation of Discovery or Trial</u>: The parties do not see any need for bifurcation at this time.

12. <u>Proposed Date For The Pretrial Conference</u>: The parties believe that a pretrial conference should be set within 60 days following the close of discovery, or if a dispositive motion is filed, within 60 days following the ruling on such motion.

13. <u>Trial Date</u>: Should a trial be necessary in this case, the parties propose that the date should be set at the pretrial conference.

14. <u>Other Matters:</u> None.

        Respectfully submitted,

        /s/ Jeffrey A. Taylor
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        /s/ Rudolph Contreras
        RUDOLPH CONTRERAS, D.C. BAR #  434122
        Assistant United States Attorney

        /s/ Michelle N. Johnson
        MICHELLE N. JOHNSON, D.C. BAR # 491910
        Assistant United States Attorney
        United States Attorney's Office
        Civil Division
        555 4th Street, N.W. – Room E4212
        Washington, D.C. 20530
        (202) 514-7139

        COUNSEL FOR DEFENDANT

        /s/ Leslie D. Alderman III
        LESLIE D. ALDERMAN III, D.C. Bar # 477750
        1025 Connecticut Avenue, N.W.,

Suite 615
Washington, DC 20036

COUNSEL FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALBERT WAYNE TASKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No.: 07-1207 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| **THE ARCHITECT OF THE CAPITOL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## PROPOSED ORDER

**UPON CONSIDERATION** of the parties' Joint Rule 16.3 Report and the entire record herein, it is this _____ day of _____, 2007 hereby,

**ORDERED** that the parties shall abide by the following dates, deadlines and limitations:

| | |
|---|---|
| Initial disclosures | 30 days from the date of this Order or the conclusion of the Court's ordered mediation, whichever is later. |
| Close of all discovery | 120 days from the date of this Order. |
| Interrogatories | 25 per party. |
| Depositions | 10 per party. |
| Deadline for filing dispositive motions: | 30 days after close of discovery. |
| Pretrial Conference: | 60 days after discovery closes or 60 days after the Court rules on post-discovery dispositive motions. |

IT IS SO ORDERED.

Date: _____                           _____
                                                            COLLEEN KOLLAR-KOTELLY
                                                            United States District Judge