IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALBERT WAYNE TASKER** | ) | |
| | ) | |
| Plaintiff | ) | Case No. 1:07-cv-01207-CKK |
| v. | ) | |
| | ) | |
| **THE ARCHITECT OF THE CAPITOL** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE**

The Plaintiff, in the above-captioned civil action, with the consent of counsel for the Defendant, hereby moves to reschedule the Status Conference currently set for Friday, March 7, 2008 at 9:00am. Counsel for the Plaintiff will be out of the office on travel on the date the Status Conference is currently scheduled.

Counsel for the parties propose to reschedule the Status Conference to March 14, 2008 at 11:30am. The Parties discussed this date with the Judge's law clerk, who confirmed that the date and time would not conflict with the Court's schedule.

Respectfully Submitted,

__/s/_____
ALDERMAN, DEVORSETZ & HORA, PLLC
Leslie D. Alderman III (D.C. # 477750)
1025 Connecticut Ave., NW
Suite 615
Washington, DC 20036
Tel: 202-969-8220
Fax: 202-969-8224
Email: lalderman@adhlawfirm.com

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT WAYNE TASKER )<br>)<br>**Plaintiff** )<br>v. )<br>)<br>THE ARCHITECT OF THE )<br>CAPITOL )<br>**Defendant** )<br>) | Case No. 1:07-cv-01207-CKK |

**ORDER**

It is hereby ordered that the status conference scheduled for March 7, 2008 is rescheduled for Friday March 14, 2008 at 11:30 am.

So ordered this day _____, 2008, by:

_____
District Court Judge Kollar Kotelly