IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALBERT WAYNE TASKER,**  )<br>  )<br>   Plaintiff,  )<br>  )<br>  )<br> **THE ARCHITECT OF THE CAPITOL,**  )<br>  )<br>   Defendant.  )<br>  )<br>  ) | Civil Action No.: 07-1207 (CKK)<br>Next Scheduled Court Date:<br>Status Hearing 10/17/08 at 9 a.m. |

**JOINT STATUS REPORT AS TO DISCOVERY PLAN**

Pursuant to this Court's order of March 14, 2008, the Parties have conferred and submit the following Status Report as to a Discovery Plan, setting out dates or date ranges for depositions and the exchange of written discovery:

1. **WRITTEN DISCOVERY**:

   i)   **Plaintiff**

   - On or before April 11, 2008, the Plaintiff will serve his first written discovery requests, which will be comprised of interrogatories, requests for admission, and requests for production of documents.

   ii)  **Defendant**

   - On or before April 11, 2008, the Defendant will serve his written discovery requests, which will be comprised of interrogatories, requests for admission, and requests for production of documents.

   - Within five (5) business days of this Court's execution of the Parties' Stipulated Privacy Act Order and its entry on the PACER docket, the Defendant will produce any and all documents that have been requested but not produced pending issuance of the order.

2. **DEPOSITIONS**:

    i) **Plaintiff**

- Plaintiff intends to take the depositions of: Richard Crupi, Scott Birkhead, Scott Hensley, Joseph Houghton, Berry Russom, Cory Howell, James Dean, Larry Czechanski, Joe Tull, Donald Hensley, and any person involved in investigating the allegations made against Mr. Tasker that lead to his proposed termination. Plaintiff does not waive the right to take additional depositions in the event that fact discovery reveals the existence of additional fact witnesses. Plaintiff expects to take these depositions during the week of June 9, 2008.

    ii) **Defendant**

- On May 23, 2008, Defendant will take the deposition of the Plaintiff.

- During the week of May 26, 2008, Defendant will take the deposition of any other fact witness revealed by plaintiff's responses to defendant's written discovery.

3. **EXPERT REPORTS AND DISCOVERY**:

The parties do not anticipate the need for experts in this case.

4. **MISCELLANEOUS:**

– Discovery will be completed on July 31, 2008.

– The parties will exchange initial disclosures on or before April 14, 2008.

– On or before April 11, 2008, the parties will file their Stipulated Privacy Act Order.

Dated: March 28, 2008

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT


/s/ Leslie D. Alderman III
LESLIE D. ALDERMAN III, D.C. Bar # 477750
1025 Connecticut Avenue, N.W.,
Suite 615
Washington, DC 20036

COUNSEL FOR PLAINTIFF