IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALBERT WAYNE TASKER,**            )<br>                                                                   )<br>             **Plaintiff,**                              )<br>                                                                   )<br>                                                                   )<br>**THE ARCHITECT OF THE CAPITOL,**  )<br>                                                                   )<br>             **Defendant.**                            )<br>                                                                   )<br>                                                                   ) | Civil Action No.: 07-1207 (CKK)<br>Next Scheduled Court Date:<br>Status Hearing 10/17/08 at 9 a.m. |

**THE PARTIES' JOINT MOTION TO STAY DISCOVERY AND REFER THIS
MATTER TO THE COURT'S MEDIATION PROGRAM**

       Plaintiff, Albert Wayne Tasker, and Defendant, the Architect of the Capitol, jointly move the Court to stay discovery in this matter and refer this matter to the Court's Mediation Program. In support of this motion, the parties state the following:

       (1)       Plaintiff filed this action on July 5, 2007 in which he alleges claims pursuant to the Congressional Accountability Act of 1995. Defendant filed his answer to the complaint on October 15, 2007.

       (2)       On February 4, 2008, the parties attended a mediation session with Magistrate Judge Kay. However, mediation was unsuccessful at that time.

       (3) On March 28, 2008, the parties filed their Joint Report Concerning Discovery. In accordance with that schedule, the parties have exchanged written discovery requests, and plaintiff has produced responses to defendant's discovery requests. Defendant's response to plaintiff's discovery requests are due on or before June 2, 2008.

       (4) During the discovery process, the parties have continued their settlement discussions. The parties believe that they are now at a point where they would benefit from the assistance of a

neutral third party in furthering their settlement discussions. Accordingly, the parties ask that this matter be referred to the Court's Mediation Program for a period of thirty (30) days so that they may attempt to resolve this matter. At the conclusion of the thirty-day period, the parties will then file a status report with the Court and, if necessary, indicate new dates for the completion of discovery.

(5) WHEREFORE, the parties join in asking that the Court stay discovery for a period of thirty (30) days and refer this matter to the Court's Mediation Program.

Dated: May 23, 2008

Respectfully submitted,

| | |
|---|---|
| /s/ Leslie D. Alderman III | /s/ Jeffrey A. Taylor |
| LESLIE D. ALDERMAN III, | United States Attorney, D.C. Bar #498610 |
| D.C. Bar # 477750 | |
| 1025 Connecticut Avenue, N.W., | /s/ Rudolph Contreras |
| Suite 615 | RUDOLPH CONTRERAS, D.C. BAR # 434122 |
| Washington, DC 20036 | Assistant United States Attorney |
| COUNSEL FOR PLAINTIFF | |
| | /s/ Michelle N. Johnson |
| | MICHELLE N. JOHNSON, D.C. BAR # 491910 |
| | Assistant United States Attorney |
| | United States Attorney's Office |
| | Civil Division |
| | 555 4th Street, N.W. – Room E4212 |
| | Washington, D.C. 20530 |
| | (202) 514-7139 |
| | COUNSEL FOR DEFENDANT |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALBERT WAYNE TASKER,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 07-1207 (CKK) |
| ) | |
| **THE ARCHITECT OF THE CAPITOL,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**[PROPOSED] ORDER**

The parties having filed their Joint Motion to Stay Discovery and Refer this Matter to the Court's Mediation Program, and it appearing that the grant of this motion would be in the interests of justice, it is hereby

**ORDERED** that the parties' Joint Motion is hereby **GRANTED**.  And it is further

**ORDERED** that discovery in this matter shall be stayed for a period of thirty (30) days from the date of this Order.  And it is further

**ORDERED** that this matter shall be referred to the Court's Mediation Program for a period of thirty (30) days.  And it is further

**ORDERED** that the parties shall file a joint status report at the conclusion of mediation indicating whether they have settled this matter and, if they have not, indicating new proposed dates for the completion of discovery.

**SO ORDERED** on this _____ day of _____, 2008.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge