UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT WAYNE TASKER<br><br>    Plaintiff,<br><br>    v.<br><br>THE ARCHITECT OF THE CAPITOL,<br><br>    Defendant. | Civil Action No. 07-1207 (CKK) |

**ORDER**
(May 28, 2008)

Counsel for both parties contacted Chambers on May 28, 2008, indicating that they have consented to mediation pursuant to the Court's Mediation Program, and have filed a [16] Joint Motion to Stay Discovery and Refer the Case to Mediation reflecting the same. Accordingly, it is, this 28th day of May, 2008, hereby

**ORDERED** that the Court's Minute Order dated May 28, 2008, is VACATED; it is further

**ORDERED** that the parties' [16] Joint Motion is GRANTED; it is further

**ORDERED** that the Court shall STAY this case through June 27, 2008; it is further

**ORDERED** that this case is REFERRED to the Court's Mediation Program; it is further

**ORDERED** that the Clerk of the Court shall furnish a copy of this Order to the Circuit Executive's Office for the purpose of assigning a mediator; it is further

**ORDERED** that counsel and parties, including persons with settlement authority, attend mediation; it is further

**ORDERED** that this referral for mediation shall commence May 28, 2008, and shall

conclude on June 27, 2008; it is further

**ORDERED** that if the parties reach a settlement prior to June 27, 2008, counsel shall advise the Court of the same; and it is further

**ORDERED** that if mediation is unsuccessful, the Parties shall file a Joint Status Report on or before July 2, 2008, indicating how they want to proceed.

**SO ORDERED.**


Date: May 28, 2008

                                                                        /s/                                    
COLLEEN KOLLAR-KOTELLY
United States District Judge