IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALBERT WAYNE TASKER,**  )  <br> ) <br> **Plaintiff,**  ) <br> ) <br> ) <br> **THE ARCHITECT OF THE CAPITOL,**  ) <br> ) <br> **Defendant.**  ) <br> ) <br> ) | **Civil Action No.: 07-1207 (CKK)** <br> **Next Scheduled Court Date:** <br> **Status Hearing 10/17/08 at 9 a.m.** |

## THE PARTIES' JOINT STATUS REPORT

Plaintiff, Albert Wayne Tasker, and Defendant, the Architect of the Capitol, jointly file this status report to apprise the Court of the status of this matter.

The parties are pleased to report that further mediation has resulted in an agreement in principle to settle and dismiss the claims at issue in this case. The parties anticipate filing a Settlement and Stipulation of Dismissal with the Court within thirty (30) days. During that time, plaintiff is agreeable to dismissing this case without prejudice under the condition that the case be reinstated thirty (30) days from entry of the order of dismissal unless the parties have filed a stipulation of dismissal with prejudice with the Court by that date. If on the thirtieth day following the order dismissing the case without prejudice no stipulation of dismissal has been filed, plaintiff would request that this case be reinstated and that the Court order the parties to file a status report with the Court regarding the status of the settlement. Defendant has no objection to plaintiff's proposal.

Dated: July 2, 2008

Respectfully submitted,

|  |  |
|---|---|
| /s/ Leslie D. Alderman III <br> LESLIE D. ALDERMAN III, <br> D.C. Bar # 477750 <br> 1025 Connecticut Avenue, N.W., <br> Suite 615 <br> Washington, DC 20036 <br> COUNSEL FOR PLAINTIFF | /s/ Jeffrey A. Taylor <br> United States Attorney, D.C. Bar #498610 <br><br> /s/ Rudolph Contreras <br> RUDOLPH CONTRERAS, D.C. BAR # 434122 <br> Assistant United States Attorney <br><br> /s/ Michelle N. Johnson <br> MICHELLE N. JOHNSON, D.C. BAR # 491910 <br> Assistant United States Attorney <br> United States Attorney's Office <br> Civil Division <br> 555 4th Street, N.W. – Room E4212 <br> Washington, D.C. 20530 <br> (202) 514-7139 <br> COUNSEL FOR DEFENDANT |