UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT WAYNE TASKER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>THE ARCHITECT OF THE CAPITOL,<br><br>　　Defendant. | Civil Action No. 07-1207 (CKK) |

**ORDER**
(July 3, 2008)

On July 2, 2008, the Parties filed a Joint Status Report stating that they had reached a settlement in principle to settle and dismiss the claims at issue in this case. Pursuant to the Parties' Joint Status Report, it is, this 3rd day of July, 2008, hereby

**ORDERED** that this case is DISMISSED WITHOUT PREJUDICE until August 4, 2008, or until the Parties file a stipulation of dismissal with prejudice. If the Parties do not file a stipulation of dismissal on or before August 4, 2008, this case shall be reinstated, and the Parties shall file a Joint Status Report no later than August 8, 2008, regarding the status of the settlement.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/*　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　United States District Judge