IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALBERT WAYNE TASKER,**        ) <br> ) <br> Plaintiff,        ) <br> ) <br> ) <br> **THE ARCHITECT OF THE CAPITOL,**        ) <br> ) <br> Defendant.        ) <br> ) <br> ) | Civil Action No.: 07-1207 (CKK) <br> Next Scheduled Court Date: <br> Status Hearing 10/17/08 at 9 a.m. |

## THE PARTIES' JOINT STATUS REPORT

      Plaintiff, Albert Wayne Tasker, and Defendant, the Architect of the Capitol, jointly file this status report to apprise the Court of the status of this matter, and in accordance with the Court's Minute Order dated July 3, 2008.

      The Parties have reached an agreement in principle and have exchanged the final draft of the stipulation of dismissal memorializing their settlement and dismissing this case with prejudice. Due to a tragic loss last week in counsel for the Defendant's immediate family, however, additional time is needed to obtain final approval and signatures. The parties believe that the stipulation of dismissal will be finalized in the coming days, and certainly before the end of this month.

      Wherefore, the Parties respectfully request that the Court stay any further proceedings in this matter until August 31, 2008.

Dated: August 4, 2008

Respectfully submitted,

| | |
|---|---|
| /s/ Leslie D. Alderman III<br>LESLIE D. ALDERMAN III,<br>D.C. Bar # 477750<br>1025 Connecticut Avenue, N.W.,<br>Suite 615<br>Washington, DC 20036<br>COUNSEL FOR PLAINTIFF | /s/ Jeffrey A. Taylor<br>United States Attorney, D.C. Bar #498610<br><br>/s/ Rudolph Contreras<br>RUDOLPH CONTRERAS, D.C. BAR #  434122<br>Assistant United States Attorney<br><br>/s/ Paul A. Mussenden, AUSA for<br>MICHELLE N. JOHNSON, D.C. BAR # 491910<br>Assistant United States Attorney<br>United States Attorney's Office<br>Civil Division<br>555 4th Street, N.W. – Room E4212<br>Washington, D.C. 20530<br>(202) 514-7139<br>COUNSEL FOR DEFENDANT |